IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.  21-60217-CIV-AHS

LISA BATISTA, on behalf of herself and others similarly situated,

    Plaintiff,

v.

CRISP MARKETING, LLC, a Florida limited liability company, and MOBILEHELP, LLC, a Delaware limited liability company,

    Defendants.

## DEFENDANTS CRISP MARKETING, LLC AND MOBILEHELP, LLC'S JOINT NOTICE OF APPEAL

Defendants Crisp Marketing, LLC and MobileHelp, LLC ("Defendants") respectfully file their notice of appeal to the United States Court of Appeals for the Eleventh Circuit of this Court's June 22, 2021 Order on Sealed Joint Motion to Compel Arbitration denying Defendants' Joint Motion to Compel Arbitration.  (Dkt. No. 33).

This Court's determination is immediately appealable pursuant to 9 U.S.C. § 16(a)(C).

                    Respectfully submitted,

                    /s/  Artin Betpera
                    Artin Betpera (FL Bar. No. 49535)
                    **BUCHALTER, A Professional Corporation**
                    18400 Von Karman Avenue, Suite 800
                    Irvine, CA 92612
                    Telephone: (949) 760-1121
                    abetpera@buchalter.com

                    *Attorney for Defendant Crisp Marketing, LLC*

/s/ *Michael Peter De Simone*
Michael Peter De Simone (FL Bar. No. 119739)
P.O. Box 31341
Palm Beach Gardens, FL 33420
Telephone: (914) 419-7908
Michael@DeSimone.law

***Attorney for Defendant MobileHelp, LLC***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 1, 2021, I served the foregoing DEFENDANTS CRISP MARKETING, LLC AND MOBILEHELP, LLC'S JOINT NOTICE OF APPEAL on all counsel of record via CM/ECF.

/s/ *Artin Betpera*
Artin Betpera
(Florida Bar No. 49535)