**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LISA BATISTA, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CRISP MARKETING, LLC, a Florida limited liability company, and MOBILEHELP, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 0:21-cv-60217-AHS<br><br>**CLASS ACTION** |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Lisa Batista and Defendants Crisp Marketing and MobileHelp hereby notify the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully requests that all current deadlines be suspended pending the filing of the Notice of Dismissal.

Respectfully Submitted,

Dated: September 1, 2021

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative classes*

*/s/ Artin Betpera*
Artin Betpera (FL Bar. No. 49535)
BUCHALTER, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612

Telephone: (949) 760-1121
abetpera@buchalter.com
*Attorney for Defendant Crisp Marketing, LLC*

*/s/ Michael Peter De Simone*
Michael Peter De Simone (FL Bar. No. 119739)
P.O. Box 31341
Palm Beach Gardens, FL 33420
Telephone: (914) 419-7908
Michael@DeSimone.law
*Attorney for Defendant MobileHelp, LLC*