UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60217-CIV-SINGHAL/VALLE

LISA BATISTA, on behalf of herself
and others similarly situated,

    Plaintiff,

v.

CRISP MARKETING, LLC and
MOBILEHELP, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal (DE [46]). The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's individual claims are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs. None of the rights of any putative class members other than Plaintiff are affected by this dismissal. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of September 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF